IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID LESLIE CARD, ) | |
| ) | |
| Petitioner, ) | Case No. 93-0030-S-EJL |
| ) | |
| v. ) | **CAPITAL CASE** |
| ) | |
| A.J. ARAVE, Warden, ) | **ORDER** |
| ) | |
| Respondent. ) | |
| _____ ) | |

Before the Court in this capital habeas matter is Respondent's Motion for Leave to Conduct Discovery. (Docket No. 258.) This Court previously authorized depositions of Petitioner's trial counsel and his investigator, and Respondent now seeks production of counsel's files relating "in any fashion" to Petitioner's defense.

It is clear that a habeas petitioner who alleges that he was deprived of his constitutional right to the effective assistance of counsel waives the attorney-client privilege as to the matters challenged. *Wharton v. Calderon*, 127 F.3d 1201, 1203 (9th Cir. 1997). The scope of such a waiver will be narrowly construed to achieve fairness in the habeas proceeding. *Bittaker v. Woodford*, 331 F.3d 715, 719-20 (9th Cir. 2003).[1]

---

[1] In *Bittaker*, the Ninth Circuit upheld a protective order that restricted the respondent's use of privileged material to the federal habeas proceeding. *Id*. This Court will not presume that such an order is necessary here absent a request.

**ORDER - 1**

Accordingly, IT IS HEREBY ORDERED that Respondent's Motion for Leave to Conduct Discovery (Docket No. 258) is GRANTED, and the files of Van Bishop relating to his representation of Petitioner shall be produced, subject to the following limitation. Mindful of the wide-ranging nature of his claims, Petitioner may withhold only those items or documents for which he still believes, in good faith, that he has not waived a privilege. Any withheld items shall be submitted to the Court for an *in camera* review, and Petitioner shall include a list of the items to facilitate the Court's review.

DATED: **November 15, 2005**

/s/ Edward J. Lodge
~~Honora~~ble Edward J. Lodge
U. S. District Judge

**ORDER - 2**